QUINN EMANUEL URQUHART & SULLIVAN, LLP
DAVID A. PERLSON (Bar No. 209502)
davidperlson@quinnemanuel.com
ANTONIO SISTOS (Bar No. 238847)
antoniosistos@quinnemanuel.com
MICHELLE A. CLARK (Bar No. 243777)
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

ROBERT B. WILSON
robertwilson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7000

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Priceplay.com, Inc.,<br><br>            Plaintiff,<br><br>      vs.<br><br>Google Inc.,<br><br>            Defendant. | CASE NO. 3:14-cv-04828-JSC<br><br>**DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT PURSUANT TO PATENT L.R. 2-1(a)** |

Pursuant to Patent L.R. 2-1(a), Google Inc. hereby files this Notice of Pendency of other Action Involving Same Patent.  The following two cases, both pending in the Northern District of California, were filed within two years of the current case by the same plaintiff, and involve the same patents:

    (1)    *Priceplay.com, Inc. v. LinkedIn Corporation*, Case No. 3:14-cv-04824-SI

    (2)    *Priceplay.com, Inc. v. Facebook, Inc.*, Case No. 3:14-cv-04830-EDL

DATED: December 2, 2014    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David A. Perlson*

David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Antonio Sistos (Bar No. 238847)
antoniosistos@quinnemanuel.com
Michelle A. Clark (Bar No. 243777)
michelleclark@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Robert B. Wilson
robertwilson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7000

Attorneys for Google Inc.